# EXHIBIT 4

# Exploring with the Drug B

By Robert Peterson
Photographs by Tom Sabolik

A MAJOR THRILL for many law enforcement Explorers is the chance to ride along with police officers on patrol. But that's an experience the members of Post 9910 in New York City will never have.

The post, chartered to the Drug Enforcement Administration's (DEA) New York City office, is the first in the nation's top drug-fighting agency. "Our Explorers are never going to go along on a drug raid or on a ride-along with DEA agents," emphasized their Advisor, Ken McGeary. "It's just too dangerous, plus there are security concerns."

The post's 32 members, many of whom live in drug-infested neighborhoods, are not complaining. They've enjoyed a busy schedule since the post fully activated in September, 1992.

A highlight was a meeting with the nation's top cop, U.S. Attorney General Janet Reno, when she visited New York in May of 1993. Post President Herman Valentin presented Reno with a DEA cap and shirt, and she invited the Explorers to visit her at the Justice Department in Washington. (The DEA is an agency of the Justice Department.)

A month after meeting Reno, 19 post members left the mean streets of New York for a couple of days in the country. Well, not the country exactly—it was Camp Smith, New York State's military reservation 50 miles north of the Big Apple. They bunked in National Guard barracks, gob- bled down National Guard food ("We're eating like kings!" exclaimed Explorer Juan Tavarez), played basketball and softball, and swam.

They met some physical challenges, too—calisthenics before breakfast, rappelling a 40-foot wall, and hiking over a 2,000-foot mountain looming above the Hudson River.

"I loved the trip," said Explorer Raymond Batista. "It's a good experience with nature."

Post Vice-President Chris Strack had another angle on the trip. "It gets you away from the city and shows you that there's another life out here," he said, "because it's calmer and there's no violence."

Raymond Batista agreed: "You can enjoy yourself out here. In New York, there're gunshots everywhere and dealers on the corner."

One of the trip's highlights was a tour of the West Point Museum at the U.S. Military Academy, across the Hudson from Camp Smith. Though the Explorers heard no gunshots there, they saw plenty of guns and other weapons, as well as uniforms and other artifacts of war in the museum. That evening, back at Camp Smith, the Explorers learned some basic first aid and inspect-




(Top) On an upstate visit, far from the mean streets of their New York neighborhoods, Explorers Herman Valentin and [illegible] (in chair) learn first aid from two members of the Peekskill volunteer ambulance crew. (Above) West Point's cemetery offers a unique look at military history. (Left) Steve Maharaj examines weapons display at the West Point Museum.



# usters

Not everyone in this DEA post is aiming for a career in law enforcement, but its activities are sure to improve each member's understanding of America's drug crisis.



A 40-foot rappelling tower is one of the physical challenges Explorers enjoyed during their sojourn at Camp Smith.

ed the new ambulance of the Peekskill, N.Y., Community Volunteer Ambulance Corps.

At their home base in New York, the Post 9910 members have seen and listened to presentations by FBI agents and U.S. Customs Service personnel. They spent more than a month learning the role of photography in drug investigations. Using 35mm cameras from the DEA, they took photos in their neighborhoods and developed and printed the results in the agency lab.

They have also practiced searching vehicles for evidence of drugs. "Afterwards, we told them what they missed—but we can only tell them so much," Ken McCreary admitted. "We can't give away *all* the secrets of the trade."

Post 9910's members live all across the city; some travel 45 minutes by subway to get to the meetings at DEA headquarters at 99 10th Ave. in downtown Manhattan. (The address tells you where the post got its number.)

Every other week the post meets under the guidance of Ken McCreary and the associate Advisors who aren't off on a drug raid or surveillance. Like Advisor McCreary, associate Advisors John Hannan, Bob Buskay, Debbie Foreman, and Jim Mokwa are DEA special agents.

One of the post's Advisors, Jim Mokwa, says he came into law enforcement through Exploring. In the early 1970s he was a member of a post chartered to the Festus, Mo., police department.

"They had a ride-along program and I think that was what hooked me," Mokwa said. "We couldn't respond to calls, but we could see what their daily routine was. It helped me to settle in my career path."

After high school, Mokwa served as an Air Force military policeman for eight years and earned his college degree while in the service. Mokwa joined the DEA four years ago. "It's a good career," he said.

They might not take the route Mokwa followed, but most members of Post 9910 have their sights set on law enforcement careers, possibly as DEA agents.

The first to start in the field is likely to be Post President Herman Valentin. He had passed the written and physical exams of the New York City Police Department before joining the post in September, 1992. His next step was passing his final exam—a psychological test—in July, and entering the police academy early in 1994.

Valentin, now 20 years old, is looking forward to being a street cop. However, he "would really like to be a DEA agent," he admitted. And not for the reasons one might suspect: "I think it's more dangerous than being a city police officer," he explained.

That attitude, shared by many of the post's young members, helps make Post 9910 a law enforcement recruiter's dream. ∎

# DEA and Explorers

Since 1980, DEA Demand Reduction Coordinators (DRCs) have worked with Law Enforcement Explorers throughout the country to assist youth interested in "exploring" law enforcement as a profession. This partnership continued through the late 1990s and early 2000s. In some cases, DEA sponsored the Explorer Post. DRCs provided training in the area of narcotics enforcement, community involvement, and general drug abuse issues. The Demand Reduction Section participated in the bi-annual Law Enforcement Explorer Conference as well as in Explorer Leadership Training sessions held at both the DEA and FBI Academies during the summer. The Law Enforcement Explorer Program was additionally a recruitment program, since many Explorers become either police officers or federal agents.

 

*Left: Patrick Hurley mans exhibit at Georgia Tech in Atlanta explaining DEA careers and efforts to reduce the demand for drugs.*
*Right: DEA Explorer Post 9910 sponsored by the New York Division shows off t-shirt's designed for the event.*

**News Release** - FOR IMMEDIATE RELEASE - March 11, 2008 - Erin Mulvey, Public Information Officer, 212 337-2906

## Law Enforcement Exploring Program Names Devrin Perdue Explorer of the Year

MAR 11 -- (Manhattan, NY) - On February 20, 2008 Devrin Perdue, son of ASAC Secretary Felicia Robertson was honored as Explorer of the Year. The Law Enforcement Exploring program is a community service, career-oriented program designed to educate young men and women ages 14-20 about Law Enforcement. The New York Field Division embraced this program and opened its doors to young men and women in the New York community.

Every other week New York Explorers Troop 99 10 meets at the New York Field Division to learn valuable insights on career developments as well as character building. Employees of the NYFD dedicate their time and efforts into working with the Explorers and making an impact in their lives. It is the NYFD's belief to educate Troop 99-10 in various skills that surround law enforcement and career minded Explorers.

At this year's Explorer of the Year Awards many of the DEA Explorers were able to dine with hundreds of other Explorers from New York City and share their experiences and insights on the Explorer program. Devrin Perdue said that he had a great time at the event and was much honored to have received the Explorer of the Year Award.

This July the New York Explorers Troop 99 10 will participate in the 2008 National Law Enforcement Exploring Conference in Ft. Collins, Colorado. This national competition consists of various team competitions, individual events and several law enforcement based seminars.

Special Agent in Charge John P. Gilbride commended Devrin on his participation in the Explorer Program and stated, "The Exploring Program is very important to DEA. Being part of the New York Community, the DEA not only enforces drug laws, we focus our resources on educating our youth on the dangers of drugs by opening our doors to teens in order to help them choose the right decisions in life."

(Below) **Special Agent in Charge Gilbride, Devrin Perdue and Felicia Robertson**





**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
**NEW YORK FIELD DIVISION**
99 Tenth Avenue
New York, New York 10011

Dear Post 9910 Explorer:

Our next meeting will be held on November 10, 1993 at 4:30 PM. Be On Time.

If you have not yet paid your $7.00 dues please bring them.

The following people still need to pay:



If you can not attend this very important meeting, call me at (212) 337-1260.

Sincerely,

Kenneth McCreary, S/A
Post Advisor
DEA

# EXHIBIT 5



**Father:** Michele Sindona, the onetime Vatican banker, is now serving time for fraud in the federal penitentiary in Otisville, New York.

# 'Justifiable Homicide'

## By Luigi DiFonzo

"...A lawyer investigating Michele Sindona was shot down in 1979. Now Sindona's son ties his father to that unsolved murder..."

IN THE EARLY EVENING OF JULY 12, 1979, a soft-spoken, 41-year-old lawyer named Giorgio Ambrosoli parked his car in the usual spot just outside the door of his Milan apartment. He was exhausted. He had spent the day giving evidence damaging to Michele Sindona, the Italian financier who'd recently been indicted for fraud in the collapse of the Franklin National Bank, in New York. Ambrosoli locked his car, looked up at the window of his apartment, and waved to his wife. She smiled. As he walked toward his building, he heard footsteps racing toward him across the cobblestoned street. He turned and saw three men.

"Are you Giorgio Ambrosoli?" one asked.

"Yes."

Then one of the men pulled out a pistol and shot him five times in the chest. Before he died, Ambrosoli told the Italian authorities that the men had Italian-American accents.

That murder remains one of the unsolved mysteries of the troubling, Byzantine case of Michele Sindona. Convicted in 1980 for his role in the Franklin National scandal, Sindona, 62, is serving a 25-year sentence at the Federal Correctional Institution in Otisville, New York. But authorities have long suspected that he was more than a white-collar criminal—that he was an international godfather involved with the Mafia, narcotics, and murder. Making a case against him has been complicated by his eminent position in the European banking community and by the fact that he is a man with important connections. He had been the banker for the Vatican, a major contributor to Italy's anti-Communist Christian Democratic party, an intimate of ambassadors and C.I.A. agents, and a business associate of David M. Kennedy, treasury secretary in the Nixon administration.

Law-enforcement officials believe that the key to unraveling Sindona's dark world is to solve the murder of Ambrosoli. Working on assignment from the Italian government, Ambrosoli had peeled away the layers of secrecy that Sindona had constructed around his activities. He persisted even after receiving death threats. He knew his life was at risk and yet he also believed he was uncovering evidence of how Sindona circumvented laws, laundered Mafia heroin profits, and infiltrated legitimate businesses in Europe and America. Until a fortnight ago, however, no one had been able to link Sindona conclusively to the Ambrosoli murder.

I have spent more than four years

Photograph by Santi Visalli



**Son:** *Chicago businessman Nino Sindona claims his father's orders to frighten Giorgio Ambrosoli got out of hand.*

researching the life of Michele Sindona for my new book on the case, *St. Peter's Banker.* During that time, I conducted hundreds of interviews with Michele Sindona and his son Nino, a 35-year-old businessman who lives in Chicago. The Sindonas discussed, among other things, Michele's relationship with the Vatican and with the Gambino crime family, and his role in the disappearance of $1.4-billion from Milan's Banco Ambrosiano. But they were never willing to talk to me about the death of Giorgio Ambrosoli, except to proclaim their innocence. That is, not until Friday, March 18. On that day, Nino Sindona gave me his account of the murder.

During a 28-hour interview, Nino admitted knowing of his father's role in the assassination and claimed that he and his family had been blackmailed after the killing for more than $300,000. He said that Michele had paid William "Billy the Exterminator" Arico, an American who has been charged in Italy with the murder, $100,000 to threaten Ambrosoli—but that Arico had gotten mad at Ambrosoli's courage and killed him. When asked how he felt about this development, Nino said that Ambrosoli's family "doesn't deserve any pity."

"I have no compassion for the f——— guy," Nino said. "A man like Ambrosoli deserves to die—and this is not enough for a son-of-a-bitch like him. I'm sorry he died without suffering. Let's make sure on this point: I'm never going to condemn my father . because Ambrosoli doesn't deserve to be on this earth."

I have given a copy of Nino's tape-recorded statements to the U.S. Attorney's office in the Eastern District of New York, which has been investigating Michele Sindona. If Nino is telling the truth, his account not only solves the mystery of Ambrosoli's murder, but may expand the case dramatically. Justice Department officials think they can persuade Michele Sindona to turn informer to save Nino from a long prison term.



**The victim:** *Giorgio Ambrosoli.*

And they believe that Sindona's testimony might give them the weapon they need to crush the largest, most powerful Mafia organization in the world—New York's Gambino crime family.

UNTIL A FEW YEARS AGO, Michele Sindona's life seemed to be following a far different course. He was born May 8, 1920, in a small, religiously oriented, Sicilian village. A sickly child in an impoverished family, he grew up to be a brilliant student in economics and law at the University of Messina, graduating with honors in 1942. During World War II, Sindona smuggled food supplies from Palermo to Messina and distributed the food among the poverty-stricken peasants of his village. To do this, he needed the help of the Mafia; only it could supply him with the forged documents needed to clear border checks between cities.

After the war, the bishop of Messina introduced Sindona to the Vatican, and, later, Sindona became Pope Paul VI's confidant and banker. He was soon the most powerful banker in Europe. This, however, was not enough to satisfy Sindona. He dreamed of one day becoming as famous as Amadeo Giannini, founder of Bank of America. In 1972, Sindona stunned the international banking community by purchasing controlling interest in Franklin National Bank. But that turned out to be the beginning of his end. For although Franklin National was

the eighteenth largest U.S. bank, the Office of the Comptroller of the Currency had already placed it on the list of problem banks. Two years later, the discovery of a vast number of fraudulent currency transactions directed by Sindona destroyed the public's confidence in Franklin National—and brought about the largest bank failure in American history.

The collapse of Franklin National created a panic in the banking community that quickly spread to Europe, causing Sindona's empire to crumble. His Italian and Swiss banks were forced into liquidation. In the aftermath of the crisis, the Italian government appointed Giorgio Ambrosoli liquidator of Sindona's holdings. Ambrosoli's findings provided the U.S. Justice Department with evidence to convict Michele Sindona for his role in the Franklin National catastrophe. In the course of his investigation, however, Ambrosoli also discovered evidence that, at a 1957 Mafia summit meeting in Palermo, Sindona had been picked by the Gambino family to manage the syndicate's reinvestment of drug profits into legitimate businesses. U.S.-government sources say that Ambrosoli's testimony might have led to the prosecution of high-ranking members of the Mafia. It might also have provided the U.S. Customs Service with information to enable it to confiscate billions of dollars Michele Sindona allegedly had secreted in Swiss bank accounts for organized crime. Those enforcement actions seemed to have been shot down with the murder of Giorgio Ambrosoli.

THOUGH BOTH AMERICAN AND Italian police investigated the murder, they made little headway at first. Then they got a break: Henry Hill, a convicted extortionist, was arrested for dealing narcotics, and in exchange for his freedom, he agreed to turn informer. Hill told the U.S. and Italian authorities that a former associate of his, Billy Arico, had killed Ambrosoli on orders from Michele Sindona.

Hill said that Billy Arico had been introduced to Sindona by Robert Venetucci, a convicted heroin dealer and an alleged associate of the Gambino crime family. Hill had met Arico and Venetucci at the Lewisburg federal penitentiary in 1974. By July 1978, all three men had been released and were living on Long Island. Hill told authorities that Arico went to work for him committing armed robberies, distributing cocaine, and making heroin drops for a fee of $2,000 a shipment.

That fall, Hill said, he sold Billy Arico five handguns and an M-11 machine gun with a silencer. When asked why he needed the weapons, Arico allegedly boasted that he had been hired by Michele Sindona to execute contract murders in Italy. Then, in July 1979, Hill said, Arico returned from Italy and told him that he had just committed a murder for Sindona. Sitting in Hill's Rockville Centre house, Arico waved an Italian-newspaper clipping at Hill, saying, "This is the fellow I whacked out over there, Mr. Ambrosoli."

Arico also claimed, according to Hill, that Michele and Nino Sindona were

 

Conspirators? *Robert Venetucci, William "Billy the Exterminator" Arico.*

going to set him up in a food-import business that was a front for heroin smuggling.

On July 7, 1981, based largely on Hill's statements, the Italian government charged Michele Sindona with ordering the murder of Giorgio Ambrosoli and named William Arico as one of the three killers. (The other two men were not identified.) Nino Sindona was charged with complicity in the murder for allegedly helping to introduce Arico to his father. Italian extradition requests for Michele, Nino, and Arico are in process.

Meanwhile, the Justice Department was limited in what it could do. Because the murder had occurred in Italy, U.S. authorities could only move against elements of the crime that had taken place in the United States—such as conspiracy to commit murder or obstruction of justice. Moreover, U.S. rules of evidence are stricter than Italian. Hill's hearsay testimony wouldn't be allowed in a U.S. court. Within a year, Arico was back in prison on assorted charges, but he wasn't talking. So without any hard evidence, American authorities were stalled.

DURING AN INTERVIEW WITH Nino in June 1982 at his sister's Park Avenue apartment, I asked him if he knew Robert Venetucci. Nino insisted that he'd never heard the name. By last October, however, I had acquired a copy of the 1979 long-distance toll records for Asipco, Inc., a Manhattan-based investment company owned and controlled by Michele Sindona and his daughter, Maria Elisa Magnoni. Between May and June of 1979 someone at Asipco had placed six calls to the home of Robert Venetucci. When asked who had access to the Asipco office, Nino Sindona said, "My father, Maria Elisa, and myself—but I only rented space from my father." This time when I asked Nino if he was sure he had never heard of Robert Venetucci, he said, "I told you, the name sounds familiar. Perhaps I met this Venetucci, but I'm not sure."

I continued to trace financial transactions between Michele Sindona and several companies with ties to Robert Venetucci, including Ace Pizza Corporation. On November 3, 1982, Nino called me to say that Michele and some of his associates were unhappy with my investigation into their financial affairs. He warned that if I did not stop, he would not be able to protect me from his father's friends. Nino went on to excoriate Federal Judge Thomas Griesa, who'd presided over his father's trial, and the prosecutor in the case, John Kenney.

"My father has gone through enough," Nino said. "Now it's time our enemies go through something. Griesa, Kenney, it's their turn to suffer. Not my father again, not us. We have done nothing."

Later, he said, "Before I told you that, in my opinion, in order to solve [my father's] case, to obtain justice in the overall picture ... there would be no crime that I would be afraid of committing. ... People like Kenney, Griesa—they could die of the worst pain, and for me it would only be a case for a big champagne celebration."

"I believe in justifiable homicide," Nino said.

Photograph, right: Wide World.

# "...'My father has gone through enough,' Nino Sindona told me last November. 'It's time our enemies go through something'..."

Asked how he could justify murder, he answered, "I could justify it in about a second and a half. Like I could justify political murder in a second and a half. ... Let's assume that I want to kill Judge Griesa. For me it's self-defense ... because he committed the enormous crime of ... putting my father in jail for life. And there is no chance for a retrial [as long as] he is alive. So by killing him [we] will obtain a chance for a retrial. So—self-defense."

IN THE COURSE OF RESEARCHING MY book, I'd discovered evidence indicating that Michele Sindona had been robbed of $52 million by Carlo Bordoni, the government's chief witness against Sindona in the Franklin National Bank trial. This finding was published in the March 7, 1983, issue of *New York*. Within days, Michele Sindona's attorneys, Robert J. Costello, of New York, and Professor Alan Dershowitz, of the Harvard Law School, requested a meeting.

We met on Friday morning, March 18, at Dershowitz's Harvard office. Nino Sindona was there. Dershowitz and Costello said that, in their opinion, Michele Sindona had not received a fair trial. To correct this injustice, they wanted an advance copy of my book, support material regarding the Bordoni theft, and anything else that could help reverse Sindona's conviction. I promised them a copy of the book, but made no other agreements.

Sensing that, with my book completed, Nino might finally open up to me about Robert Venetucci, I convinced him to stay in Boston that night. Nino, who attended college in Canada, speaks English well. In his room at the Logan Airport Hilton, we sat at a medium-size white table. On my lap was a leather folder stuffed with documents linking Nino and Michele Sindona to Venetucci and to the murder of Giorgio Ambrosoli. Producing a copy of Henry Hill's deposition, I read the sections most damaging to the Sindonas. Then I set the transcript on the table and repeated Hill's story.

Nino was obviously uncomfortable, yet he never attempted to end the session. I withdrew another file from the folder. It contained copies of the papers Billy Arico had with him the day he was arrested. The papers included a photocopy of a business card with Robert Venetucci's name on it, the name and telephone number of Marvin E. Frankel, Sindona's attorney in the Franklin-bank case, and travel records indicating that Arico might have been near Milan when Ambrosoli was killed.

Next, I handed Nino a copy of the Asipco toll records, along with proof that the telephone number in question belonged to Robert Venetucci. Nino took off his tie and wrapped it around his fist, pulling it so tight that the tips of his fingers were white. I handed him a picture of Robert Venetucci.

"Yes, yes, I know this man," he finally admitted, his face drained of color.

"Now I am going to tell you something really fantastic," Nino whispered.

NINO ADMITTED THAT HE AND his father had been partners with Venetucci in a company that imported pasta, wine, cheese, and olive oil from Italy. Sometime in 1978, Nino said, Venetucci introduced Michele Sindona to Billy Arico. Nino, however, claimed he didn't meet Arico at that time. He insisted he'd known nothing about the Ambrosoli murder until the warrants were issued by the Italian government. With that development, Nino said, he'd decided to get in touch with Venetucci to find out what was going on. Worried about a possible wiretap that would disclose his voice, Nino paid a prostitute to call Venetucci from a mid-Manhattan pay phone and arrange a meeting. Later that same day, July 9, 1981, he and Venetucci met at the Vince Lombardi Service Area, on the New Jersey Turnpike. Nino quickly asked if Venetucci knew "a guy named Arico." According to Nino, Venetucci admitted that "Billy Arico" was a very good friend of his.

Nino said that Venetucci then told him he had sent Arico to Milan, at Michele Sindona's request, "to scare Ambrosoli." But when Arico phoned Ambrosoli and threatened to kill him if he didn't leave Michele Sindona alone, Ambrosoli told Arico to get lost. This angered Arico. "Billy went back to Venetucci," Nino said, "and complained, saying, 'This guy, this son-of-a-bitch, who does he think he is? He thinks I'm kidding. I'm going to show him I'm not kidding.'" So on July 12, 1979, according to Nino Sindona, Arico, accompanied by two men, shot Giorgio Ambrosoli.

After hearing Venetucci's story, Nino visited his father at the Metropolitan Correctional Center in Manhattan. "My father," Nino said, "admitted to me that it was Arico ... who committed the murder. They were threatening Ambrosoli and it was effective for a while. Billy was sent [to Milan] by Venetucci, at my father's request," and was supposed to shoot at Ambrosoli, but not kill him. "Instead, Arico committed the murder."

With me, Nino argued at first that his father was not really guilty of murder because Michele Sindona had wanted Arico only to shoot at Ambrosoli, not kill him. Later that night, however, Nino said, "I was just thinking that there has been a major murder in which I now know that my father is not innocent. Sooner or later, my father is going to pay for it."

Nino claimed that after Arico was arrested, Venetucci started making demands for money. "People have to survive," Venetucci explained, according to Nino. "People get caught and then they confess. But if we take care of [Arico's] family, he's never going to do it."

So, Nino said, he and his father paid Venetucci and Arico between $5,000 and $40,000 a month to keep their mouths shut. He claimed he'd made the most recent payment on January 15, 1983, when he wire-transferred $40,000 from Union Bank of Switzerland, Lugano, to the account of Ace Pizza Corporation at Bank Leumi in New York.

WHY DID NINO TELL ME all this? I suspect he placed too much significance on the fact that I also am of Sicilian heritage and therefore assumed that my sense of honor was firmly entrenched in the distorted and sinister morality of *omertà*, a pagan ritual that promotes silence to protect the criminal acts of a few people.

U.S. government sources say they expect that Nino Sindona will be arrested and charged with obstruction of justice and being an accessory after the fact. Federal agents also plan to visit Michele Sindona at the federal penitentiary in Otisville. They are betting that Michele will help his son get out of this jam by giving them detailed information about the Gambino family's heroin dealing, murder, infiltration of legitimate businesses, and the location of billions of dollars the Mafia has hidden away in secret Swiss bank accounts. Italian authorities would also like to talk to Sindona. With the government there swinging to the left, officials want to question him about his connections with the notoriously right-wing Masonic lodge known as Propaganda Due, and about the Vatican's mysterious involvement in the $1.4 billion missing from Milan's Banco Ambrosiano.

Thus, Giorgio Ambrosoli's courageous investigation could lead in even more directions. The sad paradox is that the quiet little lawyer may be more effective in his death than he could have been alive. ■

# EXHIBIT 6

another C-Town. The community has the power." As the meeting ended, Blake observed, "People say they now put the change in your hand. I guess the Koreans are more used to dealing with American people."

### The Mayi Murder: White–Latin American Conflict

On March 29, 1991, two months after the C-Town incident, a nineteen-year-old Dominican Queens College freshman, Manuel Mayi, was killed by a group of white Corona youth. After Mayi left his girlfriend's house near William Moore Park on a Friday night, he had used a blue marker to inscribe his personal graffiti "tag," MAZE 7, and that of his "clique," RTR (Ready to Rush), on a billboard and on the wall of the Park Side restaurant. A group of young people in the park saw him and chased him along 108th Street—some on foot and others in a van—for sixteen blocks to North Corona, then sprayed a fire extinguisher in his face and hit him with baseball bats. Mayi died of a broken skull and brain contusions.

Detectives from the 115th Precinct located witnesses who had heard the chase and beating, and two who saw the attackers from a distance. Three white youths were arrested, but in a lineup the witnesses identified only Joseph Celso, an eighteen-year-old high school student who lived near the park. In addition, the police were contacted by a young white Corona Heights woman who said she had heard Celso admit to the killing; this witness, however, moved to Italy and refused to return for the trial. In April 1993 a jury of six whites, four blacks, and two Latin Americans acquitted Celso of second-degree murder and manslaughter. The two witnesses who testified had criminal records and were unable to convince the jury of Celso's guilt.[34]

#### *Law Enforcement Interpretations*

At the trial and in interviews with reporters, Queens police and prosecutors revealed their theory of the killing: Mayi was a prolific graffiti "writer" in the CB3-CB4 area, and "this was graffiti-motivated as far as we can tell. They took exception to him marking up walls, and set out after him." Investigators found no evidence of racial or ethnic bias and did not consider the white youths part of a gang. Nonetheless, one official told *Newsday* in 1993, "the Park Side . . . is a mob-associated restaurant, which has long been run by Tony Federici, a soldier in the Lucchese organized crime family. . . . [T]he teenagers beat Mayi to impress Federici."[35]

In 1989 *Newsday* columnist Bill Reel quoted a Queens policeman: "The mutts know better than to come into certain neighborhoods. They're afraid of the kind of justice that gets meted out. . . . In the 110th Precinct, around 108th Street and Corona Avenue, the part they call Spaghetti Park. Need I say more? Five blocks in any direction is crime-free. No need to even lock your car."[36] Neigh-

Copyrighted material

# EXHIBIT 7

Indians, Pakistanis Clash at Parade



## Indians, Pakistanis Clash at Parade
[CITY Edition]

Newsday - Long Island, N.Y.
Author:              By Shankar Vedantam. STAFF WRITER
Date:                Aug 16, 1993
Start Page:          19
Edition:             Combined editions
Section:             NEWS
Text Word Count:     484

(Copyright Newsday Inc., 1993)

One man was shot and at least one other injured at the city's Indian Day parade yesterday, when those celebrating the country's Independence Day clashed with youths waving the Pakistani flag.

Police chased and arrested Mohammed Ashraf, 19, of Brooklyn, who a police source said is Pakistani. The victim, Gurmukh Singh, 23, was in critical but stable condition last night in St. Vincent's Hospital with wounds to the head, mouth and back. Singh is Indian, according to the source.

"The victim was there to pick up girls, not harass the men," the source said.

Thousands of brightly costumed men and women had sung and danced their way down Lexington Avenue to Madison Square on East 25th Street.

About 4:30 p.m. a small group of youths waving a Pakistani flag arrived shouting pro-Pakistani slogans. There have been decades of political tensions between India and Pakistan.

The Pakistani group exchanged angry words with Indian men in the crowd. The parade-goers, many of whom were women and small children, began to get restless and move away.

Shots were fired and a man fell. Some witnesses counted three shots, others four.

"Just like that - one, two, three," Tejas Bhatt said

Enraged, a band of Indian youths chased the Pakistani group.

"We beat them up two blocks from here," Manish Amin said. "We ran after them and finished them up."

http://pqasb.pqarchiver.com/newsday/access/103127394.html?dids=103127394:103127394&FMT=FT&FMTS=ABS:FT&date=Aug+16%2C+1993&author=By+Shankar+Vedantam.+STAFF+WRITER&desc=Indians%2C+Pakistanis+Clash+at+Parade  (1 of 2)

Indians, Pakistanis Clash at Parade

One man was seen clutching his head as blood poured down his temple. Police said he had been hit by a bottle. "They thought he was from Pakistan so they beat him up," said a friend of the injured man.

"If you can't fight and protect us then you shouldn't have a parade at all," shouted Vijay Anand, a man attending the parade, to one of the organizers.

His friend, Rahul Dholakia, said the organizers should have stepped in themselves. "Have your hands and legs been cut off?" Dholakia shouted to the organizers. "What are you there for?"

Some also criticized the police for not intervening sooner to prevent the shooting, and for failing to keep the Pakistanis away.

"They {the Pakistanis} have no business to be here," said Ram Gadhwani, one of the organizers. The event marked the 46th anniversary of India's independence.

As people began to take more interest in the singing and dancing onstage, police erected barricades and added more officers. But the youths said they were prepared to fight if the Pakistani group returned.

"Some guys went home to get knives - the Pakistani guys were yelling that they would be back," Tony Choham said.

[Illustration]
Newsday Photos by Velina Nurse-1) Subrina Dhammi, above, is dressed in traditional costume as she watches the India Day parade along Lexington Avenue. 2) A few blocks away, Jennifer Portorreal, right, salutes the Dominican Day parade on Madison Avenue. At the India parade, a man was shot in a clash involving youths waving a Pakistani flag. (Pg. 5 C)

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.